Spriggs 25 YEARS Hollingsworth

Spriggs & Hollingsworth
1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax 202.682.1639
www.spriggs.com

April 9, 2008

**VIA FACSIMILE AND U.S. MAIL**

Charles H. Johnson, Esq.
Charles H. Johnson & Associates, PA
2599 Mississippi Street
New Brighton, MN 55112

Re: *Sultz v. Davol Inc. and C.R. Bard, Inc.*, Case No. 08-cv-840 MJD/AJB
*Campbell v. Davol Inc. and C.R. Bard, Inc.*, Case No. 08-cv-838 DWF/SRN
*Baumgartner v. Davol Inc. and C.R. Bard, Inc.*, Case No. 08-cv-839 JMR/FLN

Mr. Johnson:

I enclose a waiver of service of summons forms executed on behalf of Davol Inc. and C.R. Bard, Inc., for the cases listed above. Please contact me with any questions or concerns you might have.

Sincerely,

David W. Thomas

Enclosures