CLOSED, CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−00839−JMR−FLN

Baumgartner v. Davol, Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANSFERRED. .
Assigned to: Chief Judge James M. Rosenbaum
Referred to: Magistrate Judge Franklin L. Noel
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 03/24/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Otto Baumgartner**

represented by **Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2008 | " 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. ( Filing fee $ 350 receipt number 4−21668), filed by Otto Baumgartner. Assigned to Judge James M Rosenbaum per Master List, referred to Magistrate Judge Franklin L Noel. (Attachments: # 1 Civil Cover Sheet) (jam) (Entered: 03/25/2008) |
| 03/24/2008 | " | Summons Issued as to Davol, Inc., C.R. Bard, Inc.. (jam) (Entered: 03/25/2008) |
| 03/28/2008 | " 2 | REQUEST FOR WAIVER of Service sent to Mr. Brian L. Burlew (Defense Counsel for Service of Process) on March 28, 2008 by Otto Baumgartner. Waiver of Service due by 4/28/2008. (Attachments: # 1 Attached Waiver Form)(Johnson, Charles) (Entered: 03/28/2008) |
| 03/28/2008 | " 3 | CERTIFICATE OF SERVICE by Otto Baumgartner re 2 Request for Waiver of Service, 1 Complaint, Summons Issued *(Awaiting return of Waiver of Service by Defendants)* (Johnson, Charles) (Entered: 03/28/2008) |
| 04/17/2008 | " 4 | WAIVER OF SERVICE Returned Executed filed by Otto Baumgartner. Davol, Inc. waiver sent on 3/28/2008, answer due 5/27/2008; C.R. Bard, Inc. waiver sent on 3/28/2008, answer due 5/27/2008. (Attachments: # 1 Cover Letter from Defendants re |

| | | |
|---|---|---|
| | | Waiver of Service of Summons Executed)(Johnson, Charles) (Entered: 04/17/2008) |
| 04/24/2008 | " 5 | Certified Copy of Transfer Order (CTO−18) from the Judicial Panel on Multi−District Litigation; transferring case to the District of Rhode Island for coordinated or consolidated pretrial proceedings. Case assigned to Judge Mary M Lisi. (kt) (Entered: 04/29/2008) |